# David A. Scholl

Counselors at law

March 10, 2008.

E. David Krulewicz, Esquire
Reed Smith, LLP
136 Main Street, Ste. 250
Princeton, NJ 08540-7839

Re:  In re: Sherzer v. Homestar Mortgage Services, HSBC Bank USA, CIT Group/Consumer Finance, Inc., and Mercury Mortgage Partners, C.A. No. 07-5040 (E.D. Pa.)

Dear Mr. Krulewicz:

    Enclosed is a copy the plaintiff's Memorandum of Law in Opposition to Motion of Homestar Mortgage and HSBC Bank to Dismiss this action as to them, which has been filed in the above case on this date. Please let me know if you have any questions or concerns regarding this matter. Thank you.

Sincerely,

David A. Scholl, Esq.

Cc: The Honorable Mary McLaughlin, 13614 United States Courthouse, 601 Market Street, Philadelphia, PA 19106
Daniel S. Coval, Jr., Esquire Andrew L. Miller & Associates, L.P.
15 St. Asaphsas Road, Bala Cynwyd, PA 19004
Marc E. Weitzman, Esquire, Blank Rome, LLP, One Logan Square, Philadelphia, PA 19103

---

REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA
David A. Scholl, Esq., Chief Counsel & CEO
#6 ST. Albans Ave, Newtown SQ., PA 19073
610-353-7543  610-353-7542
www.judgescholl@redemptionlawcenter.com