UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL AND GERALDINE SHERZER,  :
        Plaintiffs,  :
        v.  : CIVIL ACTION No. 07-cv-5040
HOMESTAR MORTGAGE SERVICES, et al. :
        Defendants.  :

FILED
JUL 2 6 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER OF DISMISSAL

AND NOW, this 26 day of July, 2011, having been advised by certain parties to the above-captioned action, Plaintiffs, Daniel and Geraldine Sherzer, and Defendants, CIT Group/Consumer Finance, Inc. and Mercury Mortgage Partners, that they have reached a settlement, pursuant to which they wish to have the Court dismiss certain claims and parties from the case, it is hereby **ORDERED** that the claims of Plaintiffs Daniel and Geraldine Sherzer against Defendants CIT Group/Consumer Finance, Inc. and Mercury Mortgage Partners, and the cross claims of Defendant Mercury Mortgage Partners against Defendant CIT Group/Consumer Finance, Inc. are dismissed with prejudice. It is further **ORDERED** that the Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

BY THE COURT:

_____
HONORABLE MARY A. McLAUGHLIN
UNITED STATES DISTRICT JUDGE