IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL R. SHERZER and<br>GERALDINE SHERZER<br>    Plaintiffs | :<br>:<br>:<br>:<br>: Civil Action No. 07-5040<br>: |
| HOMESTAR MORTGAGE SERVICES,<br>HSBC BANK USA,<br>DANA CAPITAL GROUP, INC.<br>THE CIT GROUP/CONSUMER FINANCE, INC.<br>and MERCURY MORTGAGE PARTNERS<br>    Defendants | :<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DISMISSAL OF CROSSCLAIMS

Defendant Mercury Mortgage Partners dismisses its Crossclaims against Defendants Homestar Mortgage Services, Dana Capital Group, Inc., and HSBC Bank USA.

Respectfully submitted,

By: _____
Daniel S. Coval, Jr.
*Attorney for Defendant,*
*Mercury Mortgage Partners*

1