## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL R. SHERZER and | : | |
| GERALDINE SHERZER | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | NO.:   07-5040 |
| HOMESTAR MORTGAGE SERVICES, | : | |
| HSBC BANK USA, and | : | |
| DANA CAPITAL GROUP, INC. | : | |
| Defendants. | : | **NOTICE OF APPEAL** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Daniel and Geraldine Sherzer, Plaintiffs in the above named case, hereby appeal to the United States District Court of Appeals for the Third Circuit from:

1. The report and recommendations of the magistrate judge dated May 7, 2010 (entered May 10, 2010) (Docket No. 36) (Exh. A);

2. Order upon the above report and recommendation dated June 30, 2010 (entered July 1, 2010) (Docket No. 38) (Exh. B);

3. Report and recommendations dated August 4, 2011 (entered August 4, 2011) (Docket No. 74) (Exh. C); and

4. Order upon the report and recommendations dated October 24, 2011 (entered October 25, 2011) (Docket No. 85) (Exh. D).

                                                    Respectfully submitted,

                                                    **WEISBERG LAW, P.C.**

                                        By:  /s/ Matthew B. Weisberg
                                                 MATTHEW B. WEISBERG, ESQUIRE
                                                 Attorney for Plaintiff

Date:  November 23, 2011                          7 South Morton Ave.
                                                 Morton, PA 19070

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL R. SHERZER and : | |
| GERALDINE SHERZER : | |
|           Plaintiffs, : | |
|   v. : | |
| : | NO.:   07-5040 |
| HOMESTAR MORTGAGE SERVICES, : | |
| HSBC BANK USA, and : | |
| DANA CAPITAL GROUP, INC. : | |
|           Defendants. : | Jury Trial Demand |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 23rd day of November, 2011, a true and correct copy of the foregoing Notice of Appeal was served via ECF, upon the following parties:

Edmund David Krulewicz, Esq.
Nipun J. Patel, Esq.
Joe Nguyen, Esq.
Kellie A. Lavery, Esq.
Reed Smith, LLP
136 Main Street, Suite 250
Princeton, NJ 08540-7839

                                                  **WEISBERG LAW, P.C.**

                                                  /s/ Matthew B. Weisberg
                                                  MATTHEW B. WEISBERG
                                                  Attorney for Plaintiffs