```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL R. SHERZER, et al.       :    CIVIL ACTION
                                :
            v.                  :
                                :
HOMESTAR MORTGAGE               :
SERVICES, et al.                :    NO. 07-5040
```

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

AND NOW, comes Robert H. Holber, Esquire, who files this Motion To Withdraw As Counsel for Plaintiffs and avers as follows:

1. Plaintiffs commenced this action by filing a Complaint against all Defendants on November 30, 2007.

2. Summonses were issued to Defendants, Mercury Mortgage Partners, Homestar Mortgage Services, HSBC Bank USA, Dana Capital Group, Inc. And The Cit Group/Consumer Finance, Inc. on November 30, 2007.

3. Counsel for Clients/Plaintiffs, Robert H. Holber, Esquire, entered his appearance on September 24, 2013.

4. Counsel and Clients/Plaintiffs entered into a Contract for Legal Services on September 16, 2013.

5. Pursuant to said Contract, clients/Plaintiffs agreed to pay a fee for legal services.

6. To date, Counsel has not received any funds from Clients/Plaintiffs.

7. Counsel has previously advised clients that this motion was to be filed if payments were not forthcoming.

8. Counsel does not wish to spend more time, energy, and/or

funds regarding the representation of these Clients/Plaintiffs.

8. In order to insure that Plaintiff's rights are fully protected, Movant does not believe that it is appropriate to disclose detailed facts supporting the foregoing. Should the Court require the same, Movant respectfully suggests that the facts only be disclosed on an In Camera basis.

WHEREFORE, Movant requests that this Court enter the attached Order granting leave to withdraw as Counsel for Clients/Plaintiffs.

_____
Robert H. Holber, Esquire
Law Office of Robert H. Holber, PC
41 East Front Street
Media, PA 19063
(610) 565-5463
rholber@holber.com
Counsel for Plaintiffs