```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DANIEL R. SHERZER, et al.:     CIVIL ACTION
                                  :
    v.                            :
                                  :
HOMESTAR MORTGAGE           :
SERVICES, et al.             :     NO. 07-5040

## ORDER

AND NOW, this 27th day of March, 2015, upon consideration of the defendants' motion for summary judgment (Docket. No. 126), and the on-the-record telephonic hearing held on October 31, 2014 (Docket No. 134), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion for summary judgment is GRANTED. Judgment is entered in favor of the defendants and against the plaintiffs.

      This case is closed.

                                        BY THE COURT:

                                        /s/ Mary A. McLaughlin
                                        MARY A. McLAUGHLIN, J.